## Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL; SALIX PHARMACEUTICALS LTD.; and COSMO TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, LTD., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>Defendants. | Civil Action No. 3:18-cv-17312 |

## STIPULATION OF DISMISSAL

Plaintiffs Valeant Pharmaceuticals International; Salix Pharmaceuticals Ltd. and Cosmo Technologies Limited, and Defendants Sun Pharmaceutical Industries, Ltd., Sun Pharma Global FZE, and Sun Pharmaceuticals Industries, Inc. by their respective undersigned counsel, hereby STIPLATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Actio between the parties.

SO ORDERED this __23__ day of __July__, 2019.

_____
The Honorable Peter G. Sheridan
United States District Court Judge

GIBBONS P.C.

_____
Michael R. Griffinger
William P. Deni, Jr.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
wdeni@gibbonslaw.com
mgriffinger@gibbonslaw.com
*Attorneys for Plaintiffs*

RIVKIN RADLER LLP

_____
Gregory D. Miller
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South – West Wing
Hackensack, NJ 07601
(201) 287-2460
gregory.miller@rivkin.com

OF COUNSEL:

Thomas P. Steindler
Paul M. Schoenhard
David Mlaver
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street N.W.
Washington, D.C. 20001
(202) 756-8000

Sami Sedghani
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600,
San Francisco, CA 94105-2533
(628) 218-3908

*Attorneys for Plaintiffs
Valeant Pharmaceuticals International
and Salix Pharmaceuticals Ltd.*

Gary Frischling
Yite John Lu
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

*Attorneys for Cosmo Technologies Limited*

OF COUNSEL:

Charles B. Klein
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000

*Attorneys for Defendants*